| INN - PROB 22 Rev. 05/04 | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 0755 2:06CR00151 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jong Yeon Kim | Northern District Of Indiana | Hammond |
| | NAME OF SENTENCING JUDGE | |
| FILED 11-15-07 NOV 1 5 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT | Honorable Robert L. Miller, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |

| OFFENSE | |
|---|---|
| RACKETEERING - PROSTITUTION | 07CR 764 |

MAGISTRATE JUDGE COX    JUDGE MORAN

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Northern District of Illinois____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_October 22, 2007_     _/s/_
Date                United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___Illinois___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

NOV 1 3 2007            _James F. Holderman_
Effective Date          United States District Judge

*UNITED STATES GOVERNMENT*

*MEMORANDUM*

DATE:	November 9, 2007

REPLY TO
ATTN OF:	U. S. Probation Office
	55 East Monroe Street, Room 1500
	Chicago, Illinois   60603

SUBJECT:	Transfer of Jurisdiction

TO:	Mrs. Alyce Mobley-Morris
	Courtroom Deputy to Chief Judge Holderman
	U. S. Court House, Room 2548


RE:   KIM, JONG YEON

DOCKET NO. OF
TRANSFERRING COURT: 0755 2:06CR00151

Enclosed is Probation Form 22 initiating transfer of jurisdiction to our district. Please return the signed copies accepting jurisdiction to this office.

Thank you.

Attachment

cc:	Scott Rosenthal
	U. S. Probation Officer

taw